IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JENNINS THOMAS,

       Petitioner,                 No. CIV S-07-1091 JAM KJM P

   vs.

T. FELKER,

       Respondent.           <u>ORDER</u>

_____/

       Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On June 9, 2008, petitioner filed a supplemental petition.[1] However, Local Rule 15-220 requires that pleadings be complete without reference to

/////

/////

/////

/////

---

[1] Petitioner titles this document "amended petition." However, in the "amended petition," petitioner presents three grounds for relief he identifies as "ground 2," "ground 6," and "ground 7."

1

1 any prior pleadings. Therefore, petitioner's June 9, 2008 supplemental petition shall be placed in
2 the court's file and disregarded.
3 DATED: August 20, 2008.

_____
U.S. MAGISTRATE JUDGE

5 1
thom1091.sup