IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JENNINS THOMAS,

          Petitioner,                     No. CIV S-07-1091 JAM KJM P

    vs.

T. FELKER,

          Respondent.           <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 21, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  The May 21, 2008 finding and recommendations were reserved on petitioner on June 2, 2008.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.   The findings and recommendations filed May 21, 2008, are adopted in full;

2.   Respondent's motion to dismiss (#10) is granted in part;

3.   Claim two in petitioner's application for writ os habeas corpus is dismissed;

4.   Petitioner's "motion to amend and motion to stay . . ." is denied; and

5.   Respondent is directed to file his answer with respect to all claims except claim two within sixty days.

DATED:   9/26/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/thom1091.801

2